UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| CHESTER DEAN ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | 7:20-cv-00093-GFVT-CJS |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| BRAD ADAMS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Respondent;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Petitioner; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 25th day of September, 2020.



Gregory F. Van Tatenhove
United States District Judge